**ORIGINAL**

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - x

UNITED STATES OF AMERICA          :     INFORMATION

      - v. -                          :     14 Cr.    (    )

STEPHANIE BROWN,                  :     **14 CRIM 431**

      Defendant.                    :

- - - - - - - - - - - - - - - - x

      The United States Attorney charges:

      1.  From in or about May 2011, up to and including in or about December 2011, in the Southern District of New York and elsewhere, STEPHANIE BROWN, the defendant, knowingly and willfully did embezzle, misapply, steal, obtain by fraud, false statement, and forgery, and fail to refund funds, assets, and property provided and insured under Subchapter IV of Chapter 28 of Title 20, United States Code, and Part C of Subchapter I of Chapter 34 of Title 42, United States Code, in an amount less than $200 in any one year period, and did attempt so to do, to wit, BROWN forged documents, made false statements, and submitted false and fraudulent documents to the United States Department of Education in order to obtain federal financial aid for prospective students of a State of New York online college.

      (Title 20, United States Code, Section 1097(a).)

*Preet Bharara*
PREET BHARARA
United States Attorney

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED:

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v -

STEPHANIE BROWN,

Defendant.

INFORMATION

14 Cr. ___ ( )

(20 U.S.C. § 1097(a).)

PREET BHARARA
United States Attorney.

Deft. pres. with attorney  JONATHAN MARVINKY
AUSA CARRIE COHEN   Court Reporter  PRESENT
Interpreter pres/not pres  Deft. withdraws plea of not guilty & enters a plea
of guilty to count(s)  1   PSI Ordered. Sentence  10/8/14 @ 10am
Bail  CONTINUED.
Mag. Judge FRANCIS  recommends Judge  FRANCIS
accept the guilty plea.