# UNITED STATES DISTRICT COURT
for the

United States of America )
v. )
) Case No. **14 CRIM 431**
Stephanie Brown )
_____ )
Defendant )

## CONSENT TO PROCEED BEFORE A MAGISTRATE JUDGE IN A MISDEMEANOR CASE

A United States magistrate judge has explained to me the nature of the charges against me and the maximum penalty that may be imposed on each charge if I am found guilty. The magistrate judge has also informed me of my right to a lawyer, my right to a jury trial, and my right to be tried, judged, and sentenced before either a United States district judge or a United States magistrate judge.

I consent to being tried before a United States magistrate judge, and I waive my rights to trial, judgment, and sentencing by a United States district judge.

x _Steph Brown_
Defendant's signature

## Waiver of a Right to Trial by Jury

I waive my right to a jury trial.

x _Steph Brown_
Defendant's signature

The United States consents to the jury-trial waiver: _____
Government representative's signature

_____
Government representative's printed name and title

## Waiver of a Right to Have 30 Days to Prepare for Trial

I waive my right to have 30 days to prepare for trial.

x _Steph Brown_
Defendant's signature

_Jonathan Marvinny_
Printed name of defendant's attorney (if any)

_[signature]_
Signature of defendant's attorney (if any)

Date: 6/26/14          Approved by: _James C. Francis IV_
                                     Magistrate Judge's signature

[Stamp: USDC SDNY DOCUMENT ELECTRONICALLY FILED DOC #: DATE FILED: JUN 26 2014]